CSC

**null / ALL**
**Transmittal Number: 34742393**
**Date Processed: 08/10/2026**

# Notice of Service of Process

**Primary Contact:** Loren Morris
Fay Financial, LLC
1601 Lyndon B Johnson Fwy
Ste 150
Farmers Branch, TX 75234-6519

**Electronic copy provided to:** Fay Legal
William Hesser
Graciela Avalos
Melissa Sequete
Laura Perez
Irma Venegas

| | |
|---|---|
| **Entity:** | Fay Servicing, LLC<br>Entity ID Number 4661286 |
| **Entity Served:** | Fay Servicing, LLC |
| **Title of Action:** | Linda R. Cress vs. Fay Servicing, LLC |
| **Matter Name/ID:** | Linda R. Cress vs. Fay Servicing, LLC (19718969) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Monongalia County Circuit Court, WV |
| **Case/Reference No:** | CC-31-2026-C-296 |
| **Jurisdiction Served:** | West Virginia |
| **Date Served on CSC:** | 08/07/2026 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | Secretary of State of WV on 08/04/2026 on 08/04/2026 |
| **How Served:** | Certified Mail |
| Sender Information: | Mountain State Justice, Inc.<br>304-344-3144 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

Exhibit A

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

USPS CERTIFIED MAIL™

9214 8901 1251 3410 0004 8570 09

**Kris Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

FAY SERVICING, LLC
Corporation Service Company
808 GREENBRIER STREET
Charleston, WV 25311

**Control Number:** 362098

**Defendant:** FAY SERVICING, LLC
808 GREENBRIER STREET
Charleston, WV 25311 US

**Agent:** Corporation Service Company

**County:** Monongalia

**Civil Action:** CC-31-2026-C-296

**Certified Number:** 92148901125134100004857009

**Service Date:** 8/4/2026

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* ***not to the Secretary of State's office.***

Sincerely,

Kris Warner
Secretary of State

Exhibit A

E-FILED | 7/27/2026 1:37 PM
CC-31-2026-C-296
Monongalia County Circuit Clerk
Donna J. Hidock

# SUMMONS

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

**Linda R. Cress v. Fay Servicing, LLC**

Service Type: Filer - Secretary of State

NOTICE TO: Fay Servicing, LLC, c/o Corporation Service Company, 808 Greenbrier Street, Charleston, WV 25311

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Sarah Brown, 1217 Quarrier St , , Charleston, WV 25301

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/27/2026 1:37:55 PM | /s/ Donna J. Hidock |
|---|---|
| Date | Clerk |

2026 AUG -4 A 10: 01

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ____________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| ____________________ | ____________________ |
|---|---|
| Date | Server's Signature |

Exhibit A

West Virginia E-Filing Notice

CC-31-2026-C-296

Judge: Perri J. DeChristopher

**To:** Fay Servicing, LLC
c/o Corporation Service Company
808 Greenbrier Street
Charleston, WV 25311

# NOTICE OF FILING

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA
Linda R. Cress v. Fay Servicing, LLC
CC-31-2026-C-296

The following complaintwas FILED on 7/27/2026 1:37:55 PM

Notice Date: 7/27/2026 1:37:55 PM

Donna J. Hidock
CLERK OF THE CIRCUIT COURT
Monongalia County
75 High Street, Suite 12
MORGANTOWN, WV 26505

(304) 291-7240
Donna.Hidock@courtswv.gov

Exhibit A

E-FILED | 7/27/2026 1:37 PM
CC-31-2026-C-296
Monongalia County Circuit Clerk
Donna J. Hidock

**IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA**

**LINDA R. CRESS,**

**Plaintiff,**

**v.** **Civil Action No. ____________________**

**FAY SERVICING, LLC,**

**Defendant.**

**COMPLAINT**

1. This action arises from an abusive mortgage loan servicing practice known as "dual tracking"—when a mortgage loan servicer pursues foreclosure at the same time that it is offering payment assistance options to the homeowner. In this case, Plaintiff Linda R. Cress fell behind on her mortgage payments after a series of financial hardships that were difficult to manage on her fixed income of Social Security benefits. Defendant Fay Servicing, LLC advised Mrs. Cress that it would consider her request for loan assistance, asking for more documents, while at the same time, hiring a foreclosure trustee to schedule a foreclosure sale of her home. Plaintiff brings this action to save her home of forty years from unnecessary foreclosure and for statutory and actual damages.

**PARTIES**

2. Plaintiff Linda R. Cress is a widow and resides alone in her home at 177 Rhinewood Lane, Morgantown, Monongalia County, West Virginia 26508—the home Plaintiff's now-deceased husband built on his family land.

3. Defendant Fay Servicing, LLC is a limited liability company registered to do business in the State of West Virginia with its principal place of business at 5426 Bay Center Drive,



Exhibit A

Suite 300 Tampa, Florida, 33609. Defendant Fay Servicing is the servicer of Plaintiff's mortgage loan.

## STATEMENT OF FACTS

4. On July 21, 2006, Plaintiff and her now-deceased husband James A. Cress obtained a home-secured loan from Beneficial West Virginia in the original amount of $122,513.40.

**Loss Mitigation**

5. In or around summer of 2025, Plaintiff experienced a series of financial hardships.

6. As a result of Plaintiff's financial hardships and her fixed monthly income, Plaintiff fell behind on her mortgage payments.

7. By letter dated August 7, 2025, Defendant Fay Servicing informed Plaintiff of various options to assist with her payments.

8. By letter dated November 21, 2025, Defendant Fay Servicing confirmed that Plaintiff had spoken to her account manager and requested loss mitigation assistance.

9. Defendant Fay Servicing demanded that Plaintiff submit certain documents by December 21, 2025 in support of her request for assistance.

10. However, without waiting for Plaintiff to provide the requested information, Defendant Fay Servicing referred Plaintiff's loan to a foreclosure trustee to begin foreclosure proceedings.

11. Indeed, Plaintiff received a debt validation letter from a foreclosure trustee less than a week after she requested assistance from Defendant Fay Servicing.

12. Nevertheless, Plaintiff submitted the requested written application to Defendant Fay Servicing before its December 21, 2025 deadline.

13. By letter dated December 31, 2025, Defendant Fay Servicing confirmed receipt of Plaintiff's documents.

14. Defendant Fay Servicing also requested additional documents and provided Plaintiff a deadline of January 30, 2026 to provide the new information.

15. Plaintiff returned by mail to Defendant Fay Servicing the information it requested before January 30, 2026.

16. However, rather than consider Plaintiff's application for assistance, Defendant Fay Servicing proceeded with foreclosure in violation of the Regulation X prohibition on dual tracking, which requires that foreclosure proceedings be halted until a complete application for loss mitigation is reviewed.

**Notice of Opportunity to Cure**

17. By letter dated June 3, 2026, sent certified mail, return receipt requested, Plaintiff advised Defendant Fay Servicing of its alleged violations of Chapter 46A, Article Two of West Virginia Code consistent with the requirements set forth in section 46A-5-108 of the West Virginia Code.

18. Defendant, by its registered agent, received the letter on June 8, 2026.

19. More than 45 days have now passed and Defendant has not offered to cure its violations of the West Virginia Consumer Credit and Protection Act.

20. Defendant Fay Servicing reviewed Plaintiff's request for loss mitigation in June 2026; however, by letter dated June 29, 2026, Defendant refused to consider Plaintiff for a variety of loss mitigation options because "foreclosure proceedings are in motion on your account deeming you ineligible for this program."

21. Other than the pending foreclosure sale, which Defendant wrongfully refused to cancel given the pending complete application for assistance, Plaintiff would otherwise have qualified for these loss mitigation options, including a payment deferral or repayment plan.

**Damages**

22. Defendant Fay Servicing intends to foreclose on Plaintiff's home on July 28, 2026, despite Plaintiff's willingness and ability to pay and her eligibility for certain loss mitigation options.

23. Plaintiff has suffered stress, anxiety, and fear of loss of home as a result of Defendant's conduct.

## CLAIMS FOR RELIEF

## COUNT I—MISREPRESENTATIONS

24. Plaintiff incorporates the previous paragraphs by reference.

25. Defendant made deceptive and misleading representations regarding the status of Plaintiff's loan, in an attempt to collect on the loan and/or obtain information from the Plaintiff in violation of W. Va. Code § 46A-2-127. Specifically, Defendant misrepresented the availability of loss mitigation, the documents it needed to complete its review of Plaintiff's application for loss mitigation, and the status of Plaintiff's loss mitigation request.

**WHEREFORE**, Plaintiff respectfully requests the following relief:

(a) Actual damages;

(b) A civil penalty for each violation of the WVCCPA pursuant to W. Va. Code §§ 46A-5-101, -106;

(c) Reasonable attorney's fees and the costs of this action pursuant to W. Va. Code § 46A-5-104; and

(d) Such other relief as the Court deems equitable and just.



Exhibit A

**COUNT II—UNCONSCIONABLE DEBT COLLECTION**

26. Plaintiff incorporates the previous paragraphs by reference.

27. By referring Plaintiff's loan to foreclosure prior to fully evaluating her request for loss mitigation and by failing to properly provide Plaintiff with loss mitigation, as alleged herein, Defendant engaged in unconscionable debt collection in violation of W. Va. Code § 46A-2-128.

**WHEREFORE**, Plaintiff respectfully requests the following relief:

(a) Actual damages;

(b) A civil penalty for each violation of the WVCCPA pursuant to W. Va. Code §§ 46A-5-101, -106;

(c) Reasonable attorney's fees and the costs of this action pursuant to W. Va. Code § 46A-5-104; and

(d) Such other relief as the Court deems equitable and just.

**COUNT III—TORTIOUS INTERFERENCE WITH CONTRACT**

28. Plaintiff incorporates the previous paragraphs by reference.

29. Plaintiff is party to a contract (the Deed of Trust) secured by her home—by which Plaintiff is to make monthly payments for the benefit of the loan's owner and to ensure against foreclosure.

30. Defendant Fay Servicing services the mortgage loan on behalf of the trust who owns the mortgage loan.

31. Defendant Fay Servicing intentionally interfered with said contract by refusing to provide Plaintiff appropriate loss mitigation.

32. Plaintiff has suffered harm and damage as the direct result of Defendant's interference with the contract, including the imminent loss of her home.

**WHEREFORE**, Plaintiff respectfully requests the following relief:

a) Equitable relief, including that the foreclosure sale scheduled for July 28, 2026, be cancelled and the servicer provide Plaintiff appropriate loss mitigation on the loan;

b) Actual damages;

c) Punitive damages and reasonable attorney fees and the costs of this litigation; and

d) Such other relief as this Court deems equitable and just.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

**Respectfully Submitted,**
**LINDA R. CRESS**
**By Counsel.**

*<u>/s/ Sarah K. Brown</u>*
Sarah K. Brown (State Bar ID No. 10845)
Bren J. Pomponio (State Bar ID No. 7774)
Mountain State Justice, Inc.
1217 Quarrier Street
Charleston, WV 25301
Telephone: (304) 344-3144
Facsimile: (304) 344-3145
*sarah@msjlaw.org*

Lydia C. Milnes (State Bar No. 10598)
Mountain State Justice, Inc.
1029 University Ave., Ste. 101
Morgantown, WV 26505
(304) 326-0188
(304) 326-0189 (fax)
*lydia@msjlaw.org*

CERTIFIED MAIL

US POSTAGE PITNEY BOWES

ZIP 25311 $ 010.73[0]
02 4W
0000377385 AUG. 05. 2026

Exhibit A

Linda R. Cress v. Fay Servicing, LLC Public Open

CC-31-2026-C-296

31 - Monongalia County

Civil

Other

Judge Perri J. DeChristopher

Created on 7/27/2026

Parties Attorneys Docket Entries Documents Payments Hearings Motions

Filters Refresh

| | Entered Date | Filing Date | Event | Ref. Code | Description | Entered By |
|---|---|---|---|---|---|---|
| 1 | 7/27/2026 | 7/27/2026 | E-Filed | | Complaint | EFILE/Sarah Brown |

| Add All | | Filing Date | Document Type | Document Description |
|---|---|---|---|---|
| Add to Cart | 1-1 | 7/27/2026 | Civil Case Information Statement | |
| Add to Cart | 1-2 | 7/27/2026 | Complaint | Complaint |
| Add to Cart | 1-3 | 7/27/2026 | Transmittal | |
| Add to Cart | 1-4 | 7/27/2026 | Summons | |

| | Entered Date | Filing Date | Event | Ref. Code | Description | Entered By |
|---|---|---|---|---|---|---|
| 2 | 7/27/2026 | | Judge Assigned | J-31006 | Perri J. DeChristopher | EFILE/process.notification |
| 3 | 7/27/2026 | | Party Added | P-001 | Linda R. Cress | EFILE/process.notification |
| 4 | 7/27/2026 | | Party Added | D-001 | Fay Servicing, LLC | EFILE/process.notification |
| 5 | 7/27/2026 | | Attorney Listed | P-001 | A-10845 - Sarah Kathryn Brown | EFILE/process.notification |
| 6 | 7/27/2026 | | Service Requested | D-001 | Filer - Secretary of State | EFILE/process.notification |
| 7 | 8/13/2026 | 8/13/2026 | Scanned Document | | Acceptance of Service - WV SOS Acceptance of Service fro FAY Servicing LLC | VAULT/31/Zachary.Fanok |

| | | Filing Date | Document Type | Document Description |
|---|---|---|---|---|
| Add to Cart | 7-1 | 8/13/2026 | Acceptance of Service | WV SOS Acceptance of Service fro FAY Servicing LLC |

Exhibit A